# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1327
Lower Tribunal No. 19-28545
_____

**Marlon Zamora, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez, Clement Dean, and Jesse Peterson (Davie), for appellants.

Williams, Leininger & Cosby, PA, and Carri S. Leininger and Maureen Martinez (N. Palm Beach), for appellee.

Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed.